IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50425
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE MANCINAS-ROCHA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 97-CR-1907-ALL-H
- - - - - - - - - -
October 22, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Counsel for Jose Mancinas-Rocha (Mancinas) has filed a brief
as required by *Anders v. California*, 386 U.S. 738 (1967).  Our
independent review of the brief and record discloses no non-
frivolous issue.  Accordingly counsel is excused from further
responsibilities, and the APPEAL IS DISMISSED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.